IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff

-v-

ONE 2018 VOLVO TRACTOR VVN
VIN 4V4NC9EH4JN979742 and

ONE 2019 VANGUARD TRAILER VXP
VIN 5V8VC5323KM910192,

Defendants

## VERIFIED COMPLAINT FOR FORFEITURE

The United States of America, by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, James P. Kennedy, Jr., Assistant United States Attorney, of counsel, for its verified complaint herein alleges as follows:

## CAUSE OF ACTION

1. This is an action in rem, pursuant to Title 19, United States Code, Section 1595a(a) and Title 21, United States Code, Section 881(a)(4), for the forfeiture of One 2018 Volvo Tractor VVN, VIN 4V4NC9EH4JN979742 and One 2019 Vanguard Trailer VXP, VIN 5V8VC5323KM910192 (hereinafter, the "defendant tractor and trailer"), which were seized at the Port of Buffalo, Peace Bridge Customs Station, Buffalo, New York, on or about March 29, 2021.

2. This Court has subject matter jurisdiction of this action pursuant to the provisions of Title 28, United States Code, Sections 1345 and 1355(a), and in rem jurisdiction pursuant to Title 28, United States Code, Sections 1355(b) and 1355(d). Venue is properly premised in the Western District of New York pursuant to Title 28, United States Code, Section 1395.

3. The defendant tractor and trailer were placed in and remain in the custody of the Port Director, U.S. Customs and Border Protection ("CBP"), Buffalo, New York, within the jurisdiction of this Court.

**BACKGROUND INFORMATION**

4. On March 26, 2021, CBP officers encountered Ashmeet Singh ("Singh"), who is a Canadian Lawful Permanent Resident at the Peace Bridge Port of Entry, Buffalo, New York. At that time, Singh was the operator and sole occupant of the defendant tractor and trailer and was attempting to enter the United States from Canada.

5. During primary inspection, Singh presented an Indian passport and a manifest stating that he was transporting paper towels, water, and dishwasher detergent destined for Brooklyn, New York. A Bill of Lading presented by Singh indicated it was shipped from Express OM at 6 Monogram Place Etobicoke, Ontario M9R 0Al. The "ship to" address was listed as Yes Sales at 1019 Elton Street, Brooklyn, New York 11208. At the time

of the inspection on March 26, 2021, CBP officers were on the lookout for vehicles transporting counterfeit Lysol products. The defendant tractor and trailer were a match for such transports. CBP referred Singh for a secondary examination.

6. When the defendant trailer was opened during the secondary inspection at CBP's Peace Bridge cargo warehouse, CBP officers detected the smell of marijuana emanating from the trailer. A physical inspection of a pallet of paper towels located inside the trailer revealed clear vacuum-sealed packages of a green leafy substance possessing physical characteristics of marijuana. The vacuum-sealed packages were hidden in the center of the pallet and surrounded by packages of paper towels.

7. A CBP officer, who is a certified K-9 handler and his drug detection dog "Lidia", also performed a search of the defendant trailer. Lidia gave a positive alert to the presence of marijuana within the interior of the trailer. The defendant tractor and trailer were secured at the warehouse where the defendant trailer's entire shipment was physically unloaded and searched.

8. Following the search of the defendant trailer, law enforcement officers seized 1,111 packages of marijuana having a total weight of 1,227.02 pounds. One of the packages was field tested by law enforcement, which resulted in a positive indication for the presence of marijuana.

## SEIZURE OF THE TRACTOR AND TRAILER

9. On or about March 29, 2021, CBP seized the defendant tractor and trailer, upon the basis that such conveyances, in violation of the law, were used in, to aid in, or to facilitate the importation of a controlled substance, marijuana, which was being introduced or attempted to be introduced unlawfully into the United States in violation of Title 21, United States Code, Section 952; and that the defendant tractor and trailer were used or intended to be used unlawfully to transport or to facilitate the transportation, sale, receipt, possession or concealment of controlled substances in violation of Title 21, United States Code, Subchapter I of Chapter 13.

## ADMINISTRATIVE FORFEITURE PROCESS

10. On April 14, 2021, CBP sent Notices of Seizure to four parties identified as having a potential interest in the seized property: (1) Jio Carriers, Inc., 1959 Wester Upper Water Street, Unit 1353, Halifax, Nova Scotia B3J 3N2, Canada; (2) Canadian Western Bank Leasing (hereinafter "CWB"), lessor of the defendant tractor, 1525 Buffalo Place, Winnipeg, Manitoba R3T 1L9, Canada; (3) Trailer Wizards LTD, lessor of the defendant trailer, 1880 Britannia Road East, Mississauga, Ontario L4W 1J3, Canada; and (4) Harry Bajwa, lessee of the defendant trailer, 2677 Drew Road, Mississauga, Ontario L4T 3X1, Canada.

11. On or about May 11, 2021, CBP received a Petition for Remission from CWB, the lessor and registered owner of the defendant tractor.

12. On or about May 24, 2021, CBP received a Petition for Remission from 11959581 Canada Inc., d/b/a Jio Carriers, Inc., through its attorney, Rodney O. Personius, Esq. On August 6, 2021, attorney Personius submitted a supplemental petition to CBP. On September 22, 2021, CBP denied both petitions.

## REQUEST FOR JUDICIAL PROCEEDINGS

13. On or about October 25, 2021, 11959581 Canada Inc., through attorney Rodney O. Personius, Esq., timely submitted a claim for the defendant tractor and trailer to halt administrative forfeiture proceedings in favor of judicial forfeiture proceedings. On October 26, 2021, CBP advised attorney Personius that the claim was deficient in that it was not accompanied by the required cost bond. On November 24, 2021, a $5,000 cost bond was submitted to CBP on behalf of 11959581 Canada Inc.

14. On June 15, 2022, CBP informed CWB that the administrative processing of its petition was terminated due to a claim filed by another party and the request that the matter be referred for judicial forfeiture proceedings.

## CONCLUSION AND REQUEST FOR RELIEF

15. Based on all of the foregoing facts, the circumstances surrounding these facts, and the experience and training of officers involved, there is cause to believe, that the

defendant tractor and trailer are subject to seizure and forfeiture pursuant to Title 19, United States Code, Section 1595a(a) and Title 21, United States Code, Section 881(a)(4).

WHEREFORE, the plaintiff requests the following relief:

(a) that an Arrest Warrant in rem be issued for the defendant tractor and trailer;

(b) that notice of this action be given to all persons known or thought to have an interest in or right against the defendant tractor and trailer;

(c) that judgment be entered declaring the defendant tractor and trailer be forfeited and condemned to the United States of America for disposition in accordance with law;

(d) that the plaintiff be awarded its costs and disbursements in this action and for such other and further relief as this court deems proper and just.

DATED: Buffalo, New York. August 25, 2022.

TRINI E. ROSS
United States Attorney
Western District of New York

BY: s/JAMES P. KENNEDY, JR.
Assistant United States Attorney
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5892
jp.kennedy@usdoj.gov

STATE OF NEW YORK )
COUNTY OF ERIE ) ss
CITY OF BUFFALO )

Michael Dombek, being duly sworn, deposes and says:

I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations in the Western District of New York and I am familiar with the facts and circumstances surrounding the seizure of the One 2018 Volvo Tractor VVN, VIN 4V4NC9EH4JN979742 and One 2019 Vanguard Trailer VXP, VIN 5V8VC5323KM910192. The facts alleged in the Complaint for Forfeiture are true to the best of my knowledge, and belief based upon information officially furnished to me by the officials of the Department of Homeland Security, Homeland Security Investigations, Customs and Border Protection and the United States Department of Justice.

s/Michael Dombek
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
this 25th day of August, 2022

s/Cheryl LoTempio
Notary Public

**CHERYL LOTEMPIO**
**Notary Public, State of New York**
**Qualified in Erie County**
**My Commission Expires: 6-30-2026**